```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
:
EDWARD DIEOREO, :
:
                      Plaintiff, :    1:23-cv-9907-GHW
:
      -v - :    ORDER
:
ASCENT CONFERENCE LLC, *et al.*, :
:
                   Defendants. :
:
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

For the reasons stated at the July 14, 2023 conference, the Court approves the parties' FLSA settlement under *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2016). The Court will endorse the parties' stipulation of voluntary dismissal by separate order.

The Clerk of Court is directed to terminate all pending motions and to close this case.

SO ORDERED.

Dated: July 14, 2023
       New York, New York

                                                  GREGORY H. WOODS
                                              United States District Judge